UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 7:17-1-KKC |
| Plaintiff, | |
| V. | OPINION AND ORDER |
| JAMES COLBY JOHNSON, | |
| Defendant. | |

*** *** ***

Defendant James Colby Johnson has filed a motion for leave to appeal without paying the filing fee (DE 309.)  He has filed a notice of appeal seeking review of this Court's October 7, 2020 order that denied his motion to dismiss the indictment in this matter and his motion for relief under the First Step Act and under Amendment 782 to the United States Sentencing Guidelines.

The Court hereby ORDERS that the motion is DENIED.

A party moving to appeal in forma pauperis must attach to his motion an affidavit that: 1) shows in the detail prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure the individual's inability to pay or give security for fees and costs; 2) claims an entitlement to redress; and 2) states the issues the party intends to present on appeal. Fed. R. App. 24(a)(1).

Johnson has not filed the required affidavit. Further, the Court cannot grant pauper status if it finds the appeal is not taken in good faith. 28 U.S.C.A. § 1915(a)(3). Johnson has set forth

no issue he intends to present on appeal. Accordingly, the Court finds that the appeal is not taken

in good faith. The motion must be DENIED.

Dated November 04, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY